IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Civ. No. 06-609-SLR |
| | ) | |

### ORDER WITHDRAWING THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration the PCT's motion to for an order withdrawing the reference to the United States District Court for the District of Delaware with respect to the PCT's objection to the personal injury claims; and it appearing that the relief requested herein is in the best interests of the PCT, the PCT, and its creditors; and notice of the PCT's motion having been provided to (i) the United States Trustee; (ii) the claimants subject to the PCT's objection; and (iii) all parties that have requested special notice pursuant to the Court's October 20, 2004 order limiting service; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_LA:154575.1

2. The District Court for the District of Delaware hereby withdraws the reference with respect to *PCT's Sixtieth Omnibus Objection to Claims* currently pending in case number 03-10945(MFW).

3. The District Court shall hold a status conference on this matter on __11/28/06__ at __10:00 am__. The PCT shall give the claimants written notice of the time and place of this status conference on or before __11/10/06__.

Dated: __11/6/06__

_____
United States District Court Judge