IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc.,et al. | )Civil Action No. 06-609 (SLR) |
| | ) |
| | )Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Hearing:  November 28, 2006 at 10:00 a.m. ET

## NOTICE OF STATUS CONFERENCE
## SCHEDULED FOR NOVEMBER 28, 2006 AT 10:00 A.M. EASTERN TIME

PLEASE TAKE NOTICE that pursuant to the Court Order attached hereto as

Exhibit A, the objections to the claims listed on the attached Exhibits B and C are scheduled for

a Status Conference before The Honorable Sue L. Robinson Chief Judge, United States District

Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street,

Courtroom 6B, Wilmington, DE  19801 on **November 28, 2006 at 10:30 a.m. prevailing**

**Eastern Time**:


Dated: November 9, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier No. 19801)
Telephone:  (302) 652-4100
Facsimile:  (312) 652-4400

and

KIRKLAND & ELLIS LLP
James H. M. Sprayregen, P.C. (ARDC No. 6190206)
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:   (213) 680-8500

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Civ. No. 06 - 609 -SLR |
| | ) | |

## ORDER WITHDRAWING THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration the PCT's motion to for an order withdrawing the reference to

the United States District Court for the District of Delaware with respect to the PCT's objection

to the personal injury claims; and it appearing that the relief requested herein is in the best

interests of the PCT, the PCT, and its creditors; and notice of the PCT's motion having been

provided to (i) the United States Trustee; (ii) the claimants subject to the PCT's objection; and

(iii) all parties that have requested special notice pursuant to the Court's October 20, 2004 order

limiting service; and it appearing that no other or further notice need be given; and sufficient

cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

---

[1]      The former Debtors whose cases are still open are:  Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_LA:154593.1

2.     The District Court for the District of Delaware hereby withdraws the reference with respect to *PCT's Sixtieth Omnibus Objection to Claims* currently pending in case number 03-10945(MFW).

3.     The District Court shall hold a status conference on this matter on ___11/20/06___ at _10:00_ am. The PCT shall give the claimants written notice of the time and place of this status conference on or before ___11/10/06___.

Dated: _____11/6/06_____

_____
United States District Court Judge

# **EXHIBIT B**

60th Omnibus

In re: Fleming Companies, Inc. et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## Unsupported Personal Injury Claims

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| CHAPPELL, NORMA<br>ALBERT T GOMS & KATHRYN R BURKE<br>301 FOURTH AVE S<br>378 GRAIN EXCHANGE BLDG<br>MINNEAPOLIS, MN 55415 | 9160 | $0.00 | $0.00 | $0.00 | $50,001.00 | $50,001.00 | See paragraphs 3 through 8 of Franks affidavit. |
| HIGGINS, PAUL<br>2158 BLAKELY RD<br>E AURORA, NY 14052 | 13787 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| LAY, JAMES R<br>S WAYNE FULLER<br>413 FIRST AVE SW<br>FULLER & WILLINGHAM<br>CULLMAN, AL 35055 | 18214 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| MCINTOSH, BARBARA<br>4335 N HARRISON<br>FRESNO, CA 93704 | 7515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| OBRIEN, MICHAEL<br>3717 HARNEY ST<br>OMAHA, NE 68131 | 2567 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| SLOAN, SHERRY<br>JOAN DURKIN POWELL<br>669 AIRPORT FREEWAY<br>STE 405<br>HURST, TX 76053 | 12240 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| WILKS, WILLIAM A<br>PAUL B WILKINS<br>PO Box 1628<br>COLUMBIA, LA 71418 | 14173 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| Claims To Be Expunged Totals | 7 | $0.00 | $0.00 | $0.00 | $970,001.00 | $970,001.00 | |

* Unsupported Personal Injury Claims are as defined in the Debtors' Sixteenth Omnibus Objection to Claims (Substantive).

Page 1

**EXHIBIT C**

60th Omnibus

## No Liability Personal Injury Claims

In re: Fleming Companies, In  et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| ADAMS, DIXIE<br>MARK INTL ET AL.<br>301 N LAKE AVE STE 800<br>PASADENA, CA 91101-4108 | 13366 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| THE LAW OFFICE OF JACK ORMES<br>JACK ORMES<br>301 N LAKE AVE<br>STE 800<br>PASADENA, CA 91101-4108 | 13365 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| Claims To Be Expunged Totals | 2 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | |

* No Liability Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1