IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Civil Action No. 06-609 (SLR) |
| Fleming Companies, et al. | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) Relates to Docket No. 4 |

AFFIDAVIT OF SERVICE RE:

NOTICE OF STATUS CONFERENCE SCHEDULED FOR NOVEMBER 28, 2006
AT 10:00 A.M. EASTERN TIME

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2. On November 9, 2006, at the direction of Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP, Co-Counsel for the Post Confirmation Trust, I caused the above referenced document attached hereto as Exhibit 1 to be served on the Affected Parties listed in Exhibit 2.

///

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 16, 2006
El Segundo, California

James H. Myers

State of California       )
                          ) ss
County of Los Angeles     )

Personally appeared before me on November 16, 2006, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc.,et al. | ) Civil Action No. 06-609 (SLR) |
| | ) |
| | ) Bankruptcy Case No. 03-10945 (MFW) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Hearing: November 28, 2006 at 10:00 a.m. ET

**NOTICE OF STATUS CONFERENCE
SCHEDULED FOR NOVEMBER 28, 2006 AT 10:00 A.M. EASTERN TIME**

PLEASE TAKE NOTICE that pursuant to the Court Order attached hereto as Exhibit A, the objections to the claims listed on the attached Exhibits B and C are scheduled for a Status Conference before The Honorable Sue L. Robinson Chief Judge, United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Courtroom 6B, Wilmington, DE 19801 on **November 28, 2006 at 10:30 a.m. prevailing Eastern Time:**

Dated: November 9, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ Scotta McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705 (Courier No. 19801)
Telephone: (302) 652-4100
Facsimile: (312) 652-4400

and

KIRKLAND & ELLIS LLP
James H. M. Sprayregen, P.C. (ARDC No. 6190206)
Richard L. Wynne (CA Bar No. 120349)
Erin N. Brady (CA Bar No. 215038)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Civ. No. 06-609-SLR |
| | ) | |

**ORDER WITHDRAWING THE REFERENCE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Upon consideration the PCT's motion to for an order withdrawing the reference to the United States District Court for the District of Delaware with respect to the PCT's objection to the personal injury claims; and it appearing that the relief requested herein is in the best interests of the PCT, the PCT, and its creditors; and notice of the PCT's motion having been provided to (i) the United States Trustee; (ii) the claimants subject to the PCT's objection; and (iii) all parties that have requested special notice pursuant to the Court's October 20, 2004 order limiting service; and it appearing that no other or further notice need be given; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_LA:154173.1

2. The District Court for the District of Delaware hereby withdraws the reference with respect to *PCT's Sixtieth Omnibus Objection to Claims* currently pending in case number 03-10945(MFW).

3. The District Court shall hold a status conference on this matter on __11/20/06__ at __10:00__. The PCT shall give the claimants written notice of the time and place of this status conference on or before __11/10/06__.

Dated: __11/6/06__

_____
United States District Court Judge

DOCS_LA 154575.1                           2

**EXHIBIT B**

60th Omnibus

## Unsupported Personal Injury Claims

In re: Fleming Companies, Inc. et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| CHAPPELL, NORMA | 9160 | $0.00 | $0.00 | $0.00 | $50,001.00 | $50,001.00 | See paragraphs 3 through 8 of Franks affidavit. |
| ALBERT T GOMS & KATHRYN R BURKE<br>301 FOURTH AVE S<br>378 GRAIN EXCHANGE BLDG<br>MINNEAPOLIS, MN 55415 | | | | | | | |
| HIGGINS, PAUL<br>2158 BLAKELY RD<br>E AURORA, NY 14052 | 13787 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| LAY, JAMES R<br>S WAYNE FULLER<br>413 FIRST AVE SW<br>FULLER & WELLINGHAM<br>CULLMAN, AL 35055 | 18214 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| MCINTOSH, BARBARA<br>4335 N HARRISON<br>FRESNO, CA 93704 | 7515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| O'BRIEN, MICHAEL<br>3717 HARNEY ST<br>OMAHA, NE 68131 | 2567 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| SLOAN, SHERRY<br>JOAN DURKIN POWELL<br>669 AIRPORT FREEWAY<br>STE 405<br>HURST, TX 76053 | 12240 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| WILKS, WILLIAM A<br>PAUL B WILKINS<br>PO Box 1628<br>COLUMBIA, LA 71418 | 14173 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| Claims To Be Expunged Totals | 7 | $0.00 | $0.00 | $0.00 | $970,001.00 | $970,001.00 | |

* Unsupported Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1

**EXHIBIT C**

60th Omnibus

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## No Liability Personal Injury Claims

| Name and Address of Claimant | Claim Number | Claim Amount | | | | Reason For Disallowance |
| --- | --- | --- | --- | --- | --- | --- |
| | | Secured | Administrative | Priority | Unsecured | Total | |
| ADAMS, DIXIE<br>MARK INTL ET AL<br>301 N LAKE AVE STE 800<br>PASADENA, CA 91101-4108 | 13366 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| THE LAW OFFICE OF JACK ORMES<br>JACK ORMES<br>301 N LAKE AVE<br>STE 800<br>PASADENA, CA 91101-4108 | 13365 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| Claims To Be Expunged Totals | 2 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | |

* No Liability Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1

# EXHIBIT 2

Case 1:06-cv-00609-SLR  Document 5  Filed 11/17/2006  Page 13 of 14

## for Fleming

**Total number of parties: 9**

### Exhibit 2 - Fleming Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22073 | ADAMS, DIXIE, MARK INTL ET AL, 301 N LAKE AVE STE 800, PASADENA, CA, 91101-4108 | US Mail (1st Class) |
| 22073 | CHAPPELL, NORMA, ALBERT T GOMS & KATHRYN R BURKE, 301 FOURTH AVE S, 378 GRAIN EXCHANGE BLDG, MINNEAPOLIS, MN, 55415 | US Mail (1st Class) |
| 22073 | HIGGINS, PAUL, 2158 BLAKELY RD, E AURORA, NY, 14052 | US Mail (1st Class) |
| 22073 | LAY, JAMES R, S WAYNE FULLER, 413 FIRST AVE SW, FULLER & WILLINGHAM, CULLMAN, AL, 35055 | US Mail (1st Class) |
| 22073 | MCINTOSH, BARBARA, 4335 N HARRISON, FRESNO, CA, 93704 | US Mail (1st Class) |
| 22073 | O`BRIEN, MICHAEL, 3717 HARNEY ST, OMAHA, NE, 68131 | US Mail (1st Class) |
| 22073 | SLOAN, SHERRY, JOAN DURKIN POWELL, 669 AIRPORT FREEWAY, STE 405, HURST, TX, 76053 | US Mail (1st Class) |
| 22073 | THE LAW OFFICE OF JACK ORMES, JACK ORMES, 301 N LAKE AVE, STE 800, PASADENA, CA, 91101-4108 | US Mail (1st Class) |
| 22073 | WILKS, WILLIAM A, PAUL B WILKINS, PO BOX 1628, COLUMBIA, LA, 71418 | US Mail (1st Class) |

**Subtotal for this group: 9**