LAW OFFICES
OF
**PAUL B. WILKINS**
P.O. BOX 1628
COLUMBIA, LOUISIANA 71418

| TELEPHONE | TOLL FREE | FAX |
|---|---|---|
| (318) 649-2622 | 1-800-595-9580 | (318) 649-2085 |

November 15, 2006

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Courtroom 6B
Wilmington, DE. 19801

Re:  Fleming Companies, Inc.
     Civil Action No. 06-609 (SLR)
     Bankruptcy Case No. 03-10945 (MFW)

Dear Judge Robinson:

I no longer represent William Wilks in the above referenced case. I have provided Mr. Wilks with the notification of the Status Conference.

With best regards, I am

Sincerely,

Paul B. Wilkins

PBW/rm
cc: William Wilks