IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, et al., | ) | Case No. 03-10945(MFW) |
| | ) | |
| Debtors. | ) | Civ. No. 06-609-SLR |

O R D E R

At Wilmington this 28th day of November, 2006, having conducted a status conference this same date, notice of which was duly served on all interested parties (D.I. 4, 5); and none of the claimants having appeared at said hearing, nor have they otherwise attempted to prosecute their claims, despite multiple opportunities to do so;

IT IS ORDERED that the court shall conduct a hearing on **Tuesday, January 9, 2007 at 10:00 a.m.**, in courtroom 6B of the Federal Building, 844 King Street, Wilmington, Delaware, to determine if the claims referenced in the above referenced case should be disallowed for the claimants' failure to prosecute. If claimants fail to appear at the hearing or to contact counsel for the debtors prior to the hearing, their claims shall be disallowed without further notice or proceedings.

_____
United States District Judge