

**PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652-4100
FACSIMILE: 302/652-4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277-6910
FACSIMILE: 310/201-0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263-7000
FACSIMILE: 415/263-7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561-7700
FACSIMILE: 212/561-7777

WEB: www.pszyjw.com

Scotta E. McFarland

January 19, 2007

smcfarland@pszyjw.com
(310) 203-4260

**BY HAND DELIVERY**

Honorable Sue L. Robinson
Chief Judge
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  **In re: Fleming Companies, Inc., et al, Debtor,
Case Nos. 06-cv-609 and 06-cv-610**

Dear Chief Judge Robinson:

Enclosed are the proposed orders (the "Proposed Orders") resolving the Sixtieth Omnibus Objection to Claims (Substantive) and the Sixty-First Omnibus Objection to Claims (Substantive) (the "Sixty-First") in the above referenced United States District Court cases.

The objections to Bernadette Ceffalio's Claim No. 14927 and Melissa Fulgum's Claim No. 15173 contained in the Sixty-First have been withdrawn without prejudice since the claimants both submitted documents since the January 9, 2007 hearing.

PCT requests that the enclosed Proposed Orders be entered at the Court's earliest convenience.

Should the Court have any questions, I am available at the Court's convenience.

Respectfully,

Scotta McFarland

Scotta E. McFarland

Enclosure

28587-001\DOCS_LA:161983.1

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al.,[1] | ) 06-cv-00609 SLR |
| | ) |
| Debtors. | ) |
| | ) Relates to Docket No. 1 |

**ORDER GRANTING THE PCT'S
SIXTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon consideration of the PCT's *Sixtieth Omnibus Objection To Claims (Substantive)* seeking entry of an order disallowing certain claims; and no previous application having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and it appearing that venue of the proceeding and the *Sixtieth Omnibus Objection To Claims* is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the *Sixtieth Omnibus Objection To Claims* is sustained; and it is further

ORDERED that each of the claims listed on Exhibit A to this Order is disallowed in its entirety; and it is further

ORDERED that each of the claims listed on Exhibit B to this Order is disallowed in its entirety; and it is further

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: January ___, 2007

> _____
> The Honorable Sue L. Robinson
> United States District Court Judge

**60th Omnibus**

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## A
## Unsupported Personal Injury Claims

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| CHAPPELL, NORMA<br>ALBERT T GOMS & KATHRYN R BURKE<br>301 FOURTH AVE S<br>378 GRAIN EXCHANGE BLDG<br>MINNEAPOLIS, MN 55415 | 9160 | $0.00 | $0.00 | $0.00 | $50,001.00 | $50,001.00 | See paragraphs 3 through 8 of Franks affidavit. |
| HIGGINS, PAUL<br>2158 BLAKELY RD<br>E AURORA, NY 14052 | 13787 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| LAY, JAMES R<br>S WAYNE FULLER<br>413 FIRST AVE SW<br>FULLER & WILLINGHAM<br>CULLMAN, AL 35055 | 18214 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| MCINTOSH, BARBARA<br>4335 N HARRISON<br>FRESNO, CA 93704 | 7515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| O'BRIEN, MICHAEL<br>3717 HARNEY ST<br>OMAHA, NE 68131 | 2567 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| SLOAN, SHERRY<br>JOAN DURKIN POWELL<br>669 AIRPORT FREEWAY<br>STE 405<br>HURST, TX 76053 | 12240 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| WILKS, WILLIAM A<br>PAUL B WILKINS<br>PO Box 1628<br>COLUMBIA, LA 71418 | 14173 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| **Claims To Be Expunged Totals** | 7 | $0.00 | $0.00 | $0.00 | $970,001.00 | $970,001.00 | |

\* Unsupported Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1

60th Omnibus

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

# B
## No Liability Personal Injury Claims

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| ADAMS, DIXIE<br>MARK INT'L ET AL<br>301 N LAKE AVE STE 800<br>PASADENA, CA 91101-4108 | 13366 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| THE LAW OFFICE OF JACK ORMES<br>JACK ORMES<br>301 N LAKE AVE<br>STE 800<br>PASADENA, CA 91101-4108 | 13365 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| Claims To Be Expunged Totals | 2 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | |

\* No Liability Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al.,[1] | ) 06-cv-00610 SLR |
| | ) |
| Debtors. | ) |
| | ) Relates to Docket No. 1 |

**ORDER GRANTING THE PCT'S
SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon consideration of the PCT's *Sixty-First Omnibus Objection To Claims (Substantive)* seeking entry of an order disallowing certain claims; and no previous application having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and it appearing that venue of the proceeding and the *Sixty-First Omnibus Objection To Claims* is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the *Sixty-First Omnibus Objection To Claims* is sustained; and it is further

ORDERED that the PCT's objection to Claim No. 7506 filed by Leon Lebate is withdrawn, without prejudice; and it is further

ORDERED that the PCT's objection Claim No. 11898 filed by Isabel Nunez is withdrawn, with prejudice; and it is further

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

ORDERED that the PCT's objection to Claim No. 14927 filed by Bernadette Ceffalio is withdrawn, without prejudice; and it is further

ORDERED that the PCT's objection to Claim No. 15173 filed by Melissa Fulgum is withdrawn, without prejudice; and it is further

ORDERED that each of the claims listed on <u>Exhibit A</u> to this Order is disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: January ___, 2007

_____
The Honorable Sue L. Robinson
United States District Court Judge

61st Omnibus

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## A
## Unsupported Personal Injury Claims

| Name and Address of Claimant | Claim Number | Secured | Administrative | Priority | Unsecured | Total | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| CHAMBERLAIN, CYNTHIA<br>C/O AASE & KIRSCHER PLLC<br>7300 HUDSON BLVD #290<br>OAKDALE, MN 55128 | 9480 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See Franks Affidavit |
| Eloisa Perez<br>c/o SHANNAN DUGAN ESQ<br>655 MONTGOMERY ST STE 1200<br>SAN FRANCISCO, CA 94111 | 13299 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | See Franks Affidavit |
| ENGBLOM, CRAIG<br>2616 ANDREW ST<br>DULUTH, MN 55811 | 7012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See Franks Affidavit |
| JACKSON, RENE<br>4895 ASHLEY LN APT 315<br>INVER GROVE HEIGHTS, MN 55077 | 18478 | $0.00 | $0.00 | $0.00 | $18,343.80 | $18,343.80 | See Franks Affidavit |
| OLSON, GARY<br>C/O ROBERT N CAMPBELL ESQ 95679<br>1648 RIVERSIDE DR<br>CAMPBELL & CLARK<br>REDDING, CA 96001 | 10101 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | See Franks Affidavit |
| PASTOR, ADALBERTO<br>C/O BERNSTEIN & MARYANOFF<br>8821 SW 69TH CT<br>MIAMI, FL 33156 | 13993 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | See Franks Affidavit |
| **Claims To Be Expunged Totals** | 6 | $0.00 | $0.00 | $0.00 | $1,568,343.80 | $1,568,343.80 | |

\* Unsupported Personal Injury Claims are as defined in the Debtors' Sixty-First Omnibus Objection to Claims (Substantive)

Page 1

Federal Mogul – Upton Sale Motion Special Service List
Document No. 124454
01 – Via International First Class Mail

*Via International First Class Mail*
Alan Fernback
Hawtin Developments LLP
20 Park Avenue
Farnborough Park
Orpington
Kent BR6 8LL
UNITED KINGDOM