IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al.,[1] | ) 06-cv-00609 SLR |
| | ) |
| Debtors. | ) |
| | ) Relates to Docket No. 1 |

ORDER GRANTING THE PCT'S
SIXTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the PCT's *Sixtieth Omnibus Objection To Claims (Substantive)* seeking entry of an order disallowing certain claims; and no previous application having been made; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a non-core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and it appearing that venue of the proceeding and the *Sixtieth Omnibus Objection To Claims* is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the *Sixtieth Omnibus Objection To Claims* is sustained; and it is further

ORDERED that each of the claims listed on Exhibit A to this Order is disallowed in its entirety; and it is further

ORDERED that each of the claims listed on Exhibit B to this Order is disallowed in its entirety; and it is further

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

DATED: January 24, 2007

_____
The Honorable Sue L. Robinson
United States District Court Judge

60th Omnibus

**A**
**Unsupported Personal Injury Claims**

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| CHAPPELL, NORMA | 9160 | $0.00 | $0.00 | $0.00 | $50,001.00 | $50,001.00 | See paragraphs 3 through 8 of Franks affidavit. |
| ALBERT T GOMS & KATHRYN R BURKE<br>301 FOURTH AVE S<br>378 GRAIN EXCHANGE BLDG<br>MINNEAPOLIS, MN 55415 | | | | | | | |
| HIGGINS, PAUL<br>2158 BLAKELY RD<br>E AURORA, NY 14052 | 13787 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| LAY, JAMES R<br>S WAYNE FULLER<br>413 FIRST AVE SW<br>FULLER & WILLINGHAM<br>CULLMAN, AL 35055 | 18214 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| MCINTOSH, BARBARA<br>4335 N HARRISON<br>FRESNO, CA 93704 | 7515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | See paragraphs 3 through 8 of Franks affidavit. |
| O'BRIEN, MICHAEL<br>3717 HARNEY ST<br>OMAHA, NE 68131 | 2567 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| SLOAN, SHERRY<br>JOAN DURKIN POWELL<br>669 AIRPORT FREEWAY<br>STE 405<br>HURST, TX 76053 | 12240 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| WILKS, WILLIAM A<br>PAUL B WILKINS<br>PO Box 1628<br>COLUMBIA, LA 71418 | 14173 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | See paragraphs 3 through 8 of Franks affidavit. |
| Claims To Be Expunged Totals | 7 | $0.00 | $0.00 | $0.00 | $970,001.00 | $970,001.00 | |

*. Unsupported Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1

60th Omnibus

In re: Fleming Companies, In et al.
Case No. 03-10945 (MFW)
(Jointly Administered)

## B
## No Liability Personal Injury Claims

| Name and Address of Claimant | Claim Number | Claim Amount* | | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| | | Secured | Administrative | Priority | Unsecured | Total | |
| ADAMS, DIXIE<br>MARK INTL ET AL<br>301 N LAKE AVE STE 800<br>PASADENA, CA 91101-4108 | 13366 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| THE LAW OFFICE OF JACK ORMES<br>JACK ORMES<br>301 N LAKE AVE<br>STE 800<br>PASADENA, CA 91101-4108 | 13365 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | See paragraphs 3 through 11 of Franks affidavit. |
| Claims To Be Expunged Totals | 2 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | |

* No Liability Personal Injury Claims are as defined in the Debtors' Sixtieth Omnibus Objection to Claims (Substantive).

Page 1