IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Fleming Companies, Inc., et al. | ) |
| _____ | ) |
| PCT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-609 (SLR) |
| | ) |
| | ) |
| | Bankruptcy Case No. 03-10945 (MFW) |

### AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Plaintiff, in the above-captioned action, and that on the 25th day of January 2007, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**Order Granting the PCT's Sixtieth Omnibus Objection to Claims (Substantive)**

_____
Louise L. Tuschak

Sworn to and subscribed before
me this 6th day of February 2007

_____
Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

28587-001\DOCS_DE:124914.1

Fleming Service List for Claimants for
60th Omnibus Objection to Claims
Case No. 03-10945
Document No. 123082
09 – First Class Mail

*First Class Mail*
Dixie Adams
Mark Intl. et al.
301 N. Lake Avenue, Suite 800
Pasadena, CA  91101-4108

*First Class Mail*
Norma Chappell, Albert T. Goms &
Kathryn R. Burke
301 Fourth Avenue S.
378 Grain Exchange Bldg.
Minneapolis, MN  55415

*First Class Mail*
Paul Higgins
2158 Blakely Road
E. Aurora, NY  14052

*First Class Mail*
James R. Lay, S. Wayne Fuller
413 First Avenue SW
Fuller & Willingham
Cullman, AL  35055

*First Class Mail*
Barbara McIntosh
4335 N. Harrison
Fresno, CA  93704

*First Class Mail*
Michael O'Brien
3717 Harney Street
Omaha, NE  68131

*First Class Mail*
Sherry Sloan, Joan Durkin Powell
669 Airport Freeway, Suite 405
Hurst, TX  76053

*First Class Mail*
Jack Ormes
The Law Office of Jack Ormes
301 N. Lake Avenue, Suite 800
Pasadena, CA  91101-4108

*First Class Mail*
William A. Wilks, Paul B. Wilkins
P.O. Box 1628
Columbia, LA  71418